IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MICHAEL J.G. SAUNDERS,**

    Plaintiff,

v.                                                  Civil Action No. **3:25CV448**

**UNKNOWN,**

    Defendant.

### MEMORANDUM OPINION

Michael J.G. Saunders, a Virginia inmate proceeding *pro se*, submitted a letter asking the Clerk to mail him a 42 U.S.C. § 1983 complaint form. By Memorandum Order entered on July 2, 2025, the Court directed the Clerk to mail Saunders a standardized form for filing a 42 U.S.C. § 1983 complaint. The Court explained that if Saunders wished to file a complaint at this time, he should complete and return the form to the Court within thirty (30) days of the date of entry thereof. The Court noted that if Saunders failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than thirty (30) days have elapsed, and Saunders has not completed and returned the § 1983 complaint form. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.[1]

An appropriate Order shall issue.

Date: 11 August 2025
Richmond, Virginia

/s/ John A. Gibney, Jr.
Senior United States District Judge

---

[1] Saunders may complete and return the § 1983 complaint form whenever he is ready to file it; however, the complaint will be opened as a new civil action.